**DISMISS and Opinion Filed February 8, 2022**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00955-CV

**PABLO A. FLORES, Appellant**
**V.**
**NORTHSTAR PLAZA SC, LTD., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-07120**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

On January 18, 2022, after appellant had failed to file his brief, we directed appellant to file the brief within ten days and cautioned him that failure to do so would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has failed to comply. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210955F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PABLO A. FLORES, Appellant

No. 05-21-00955-CV          V.

NORTHSTAR PLAZA SC, LTD.,
Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-07120.
Opinion delivered by Chief Justice
Burns, Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Northstar Plaza SC, Ltd. recover its costs, if any, of this appeal from appellant Pablo A. Flores.

Judgment entered February 8, 2022.